787 A.2d 152

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

### Robert M. SHORT, Respondent.

### Misc. AG No. 38, Sept. Term, 2001.

Court of Appeals of Maryland.

Dec. 14, 2001.

## ORDER

The Court having considered the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Robert M. Short, to reprimand the Respondent, it is this 14th day of December, 2001,

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be and it is hereby granted and the Respondent, Robert M. Short, is reprimanded for violating Maryland Rules of Professional Conduct 1.3, 1.4 and 8.1.